# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: **08 C 1398**

In the Matter of

JOHN R. MARTIN,
Plaintiff,
v.
NINTENDO OF AMERICA INC.,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN R. MARTIN, Plaintiff

**JUDGE KOCORAS**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print) | James P. Murphy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ James P. Murphy |
| FIRM | McAndrews, Held & Malloy, Ltd. |
| STREET ADDRESS | 500 West Madison Street, 34th Floor |
| CITY/STATE/ZIP | Chicago, IL 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6209576 |
| TELEPHONE NUMBER | (312) 775-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT