# Affidavit of Process Server

**John R. Martin** vs **Nintendo of America**   **08C1398**
PLAINTIFF/PETITIONER       DEFENDANT/RESPONDENT       CASE #

Being duly sworn, on my oath, I **C. Brown**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Nintendo of America**
                      NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons and Complaint**

by serving (NAME) **Jacqualee Story**

at ☐ Home_____
☒ Business **4820 150th Ave NE, Redmond, WA**
☒ on (DATE) **4/10/08** at (TIME) **2:05 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Jacqualee Story, Registered Agent**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading              ☐ Other:_____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
                                                DATE TIME          DATE TIME
( )_____, ( )_____, ( )_____
  DATE TIME    DATE TIME    DATE TIME

**Description:**
☐ Male      ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.  ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female    ☐ Black Skin   ☒ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.  ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
            ☐ Yellow Skin  ☐ Blond Hair                  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
            ☐ Brown Skin   ☐ Gray Hair    ☐ Mustache     ☐ 51-65 Yrs.  ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses   ☐ Red Skin     ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ **Washington**   County of ~~Cook~~ **King**

Subscribed and sworn to before me, a notary public, this **14th** day of **April**, 20 **08**

**Ramona L Holmes**
NOTARY PUBLIC

[Notary seal: RAMONA L. HOLMES, NOTARY PUBLIC, STATE OF WASHINGTON, 11-18-11]

SERVED BY
LASALLE PROCESS SERVERS

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1398**

SUMMONS IN A CIVIL CASE

JOHN R. MARTIN,
Plaintiff,

V.

NINTENDO OF AMERICA INC.,
Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE KOCORAS
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

NINTENDO OF AMERICA INC.
c/o Jacqualee Story
4820 150th Avenue NE
Redmond, WA 98052

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Murphy
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL 60661

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK



March 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.