IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN, | ) |
| Plaintiff, | ) No.: 08 C 1398 |
| v. | ) Judge Kocoras |
| NINTENDO OF AMERICA INC., | ) Magistrate Judge Cole |
| Defendant. | ) |

## NOTIFICATION OF AFFILIATES -- DISCLOSURE STATEMENT

Defendant Nintendo of America Inc. ("NOA") hereby discloses the following information pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

1. NOA's parent corporation is Nintendo Co., Ltd. ("NCL").

2. NCL, whose stock is publicly traded in Japan, owns 100% of NOA.

Dated: April 29, 2008

Respectfully submitted,

By: /s/ Brian D. Roche
Brian D. Roche (Bar No. 6183795)
Jennifer Yule DePriest (Bar No. 6272137)
Brian C. Lewis (Bar No. 6286715)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
(312) 207-1000 (phone)
(312) 207-6400 (fax)
broche@reedsmith.com

*Counsel for* Defendant
Nintendo of America Inc.

- 2 -

Of counsel:

Robert W. Faris
Michael Shea
NIXON & VANDERHYE, P.C.
901 North Glebe Road
11th Floor
Arlington, Virginia 22203
(703) 816-4000 (phone)
(703( 816-4100 (fax)
rwf@nixonvan.com
mjs@nixonvan.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2008, a copy of the foregoing **Notification Of Affiliates -- Disclosure Statement** was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                /s/ Jennifer Yule DePriest
                                                Jennifer Yule DePriest

2176705.1