IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN R. MARTIN, | ) |
| Plaintiff, | ) ) ) No. 08 C 1398 |
| v. | ) ) Judge Kocoras |
| NINTENDO OF AMERICA INC., | ) Magistrate Judge Cole |
| Defendant. | ) ) ) |

## NOTICE OF MOTION

TO: James P. Murphy
James L. Davis, Jr.
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661

     PLEASE TAKE NOTICE that on Wednesday, June 4, 2008 at 9:30 a.m., the undersigned shall appear before the Honorable Charles P. Kocoras, United States Judge, or any Judge sitting in his stead, in the Courtroom No. 1725 usually occupied by him at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there and then present the attached **Unopposed Motion To Stay**, a copy of which is attached hereto.

Dated: June 3, 2008

                                          Respectfully submitted,

                                          By:   /s/ Brian D. Roche
                                                  Brian D. Roche (Bar No. 6183795)
                                                  Jennifer Yule DePriest (Bar No. 6272137)
                                                  Brian C. Lewis (Bar No. 6286715)
                                                  REED SMITH LLP
                                                  10 South Wacker Drive
                                                  Chicago, IL  60606-7507
                                                  (312) 207-1000 (phone)
                                                  (312) 207-6400 (fax)
                                                  bclewis@reedsmith.com

                                                  *Counsel for* Defendant
                                                  Nintendo of America Inc.

Of counsel:

Robert W. Faris
Michael Shea
NIXON & VANDERHYE, P.C.
901 North Glebe Road
11th Floor
Arlington, Virginia 22203
(703) 816-4000 (phone)
(703( 816-4100 (fax)
rwf@nixonvan.com
mjs@nixon

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                      /s/ Brian D. Roche
                                                      Brian D. Roche